**Betty J. LEE, Appellant,**

v.

**CINGULAR WIRELESS, LLC, originally sued as Cingular Wireless, Inc. Appellee.**

**No. 03–3188.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 1, 2004.

Decided: April 8, 2004.

Betty J. Lee, Little Rock, AR, pro se. JoAnn C. Maxey, Kaplan & Brewer, Little Rock, AR, for Defendant–Appellee.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Betty J. Lee (Lee) appeals the district court's [1] adverse grant of summary judgment in her action under the Americans with Disabilities Act, 42 U.S.C. § 12112 *et seq.* and state law. After careful de novo review of the record, see *Darby v. Bratch,* 287 F.3d 673, 678 (8th Cir.2002), we agree with the district court that Lee failed to show a prima facie case of discrimination, see *Greer v. Emerson Elec. Co.,* 185 F.3d 917, 921 (8th Cir.1999). Further, Lee's claim that she was denied a promotion is raised for the first time on appeal, *see Taylor v. S.W. Bell Tel. Co.,* 251 F.3d 735, 740 (8th Cir.2001) (declining to consider issue raised for first time on appeal), and Lee's challenge to the effectiveness of her counsel is not a basis to overturn the court's judgment, see *Glick v. Henderson,* 855 F.2d 536, 541 (8th Cir.1988) (no constitutional right to effective assistance of counsel in civil case). Finally, we find no abuse of discretion in the district court's decision to dismiss without prejudice Lee's state-law claims. *See Labickas v. Ark. State Univ.,* 78 F.3d 333, 334–35 (8th Cir.) (per curiam), *cert. denied,* 519 U.S. 968, 117 S.Ct. 395, 136 L.Ed.2d 310 (1996).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.